UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON SWARTS,<br><br>        Plaintiff,<br><br>    v.<br><br>THE HOME DEPOT, INC.,<br><br>        Defendant. | Case No. 23-cv-00995-JST<br><br>**ORDER DIRECTING CLERK TO ENTER JUDGMENT**<br><br>Re: ECF No. 34 |

Plaintiff Jason Swarts filed a first amended complaint on April 25, 2023, alleging violations of the California Invasion of Privacy Act ("CIPA"), Cal. Penal Code §§ 631, 632; the Wiretap Act, 18 U.S.C. §§ 2510 *et seq.*; and California's Unfair Competition Law ("UCL"), Cal Bus. & Prof. Code §§ 17200, *et seq.* ECF No. 17. Defendant Home Depot moved to dismiss the amended complaint pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6). ECF No. 23. Although the Court concluded that it had personal jurisdiction over Home Depot, it agreed that Swarts failed to state a claim for relief and dismissed his CIPA and Wiretap Act claims with leave to amend. ECF No. 31.

On October 4, 2023, Swarts filed a notice that he intends to stand on the allegations set forth in the amended complaint and he requested that the Court enter final judgment in this action. ECF No. 34. Accordingly, the Court enters final judgment against Swarts.

The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: October 16, 2023

                                              JON S. TIGAR
                                              United States District Judge