UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON SWARTS,<br><br>    Plaintiff,<br><br>v.<br><br>THE HOME DEPOT, INC.,<br><br>    Defendant. | Case No. 23-cv-00995-JST<br><br>**CLERK'S JUDGEMENT**<br><br>Re: 35 |

Pursuant to the Order Directing Clerk to Enter Judgment signed October 16, 2023, judgment is hereby entered.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: Monday, October 16, 2023

                                        Mark B. Busby
                                        Clerk, United States District Court

                                        By: _____
                                        Mauriona Lee, Deputy Clerk to the
                                        Honorable JON S. TIGAR

United States District Court
Northern District of California